FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0032

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 25-0032

DEANA THOMAS,

      Petitioner,

v.

DEPARTMENT OF CORRECTIONS, and
SHERIFF MIKE LINDER, Yellowstone County
Detention Center,

      Respondent.

## GRANT OF EXTENSION

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including March 24, 2025, within which to prepare, file, and serve its response brief.

**BF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 18 2025